IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Vivian Allen,

                Plaintiff(s),

v.

Commissioner, Social Security Administration,

                Defendant(s).

Civil No. CV 06-1251 BR

**JUDGMENT OF REMAND**

Based on the Court's ORDER,

**IT IS ADJUDGED** that this matter is REMANDED to the administrative agency for further action as directed, and the matter is DISMISSED without prejudice in this Court.

Dated this ___9th___ day of January, 2008.

                ___/s/ Anna J. Brown___
                Anna J. Brown
                United States District Judge

(JgmRemandSSA.wpd)