WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 MAR 26 11:54 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**VIVIAN ALLEN,**                                                          CV # 06-1251-BR

    Plaintiff,

vs.                                                                                          ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 26th day of March, 2008.

_____
United States District Judge

Submitted on March 25, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1